# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIM HRONIS AND SONS, INC., | CASE NO. CV F 03-6316 AWI (NEW DJ LJO) DLB |
| Plaintiff, | |
| vs. | **ORDER TO SET STATUS CONFERENCE** |
| UNITED STATES FISH AND WILDLIFE SERVICE, et al., | Date: August 30, 2007<br>Time: 8:30 a.m.<br>Dept.: 8 (LJO) |
| Defendants. / | |

This Court SETS a status conference for August 30, 2007 at 8:30 a.m. in Department 8 (LJO) to address this action's progress toward resolution. The parties are encouraged to appear at the conference by telephone by arranging a one-line conference call and adding the Court at (559) 499-5680.

IT IS SO ORDERED.

**Dated:   February 9, 2007**          /s/ Lawrence J. O'Neill
66h44d                                                UNITED STATES DISTRICT JUDGE

1