IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIM HRONIS AND SONS, INC., | CASE NO. CV F 03-6316 LJO DLB |
| Plaintiff, | **ORDER TO MAINTAIN STAY** |
| vs. | |
| THE CALIFORNIA TABLE GRAPE COMMISSION, | |
| Defendant. | |

Pursuant to the parties' joint request in their April 21, 2008 Joint Status Report, this Court MAINTAINS the stay of this action pending developments in *Delano Farms, Inc., et al. v. California Table Grape Commission,* Case No. CV F 96-6053 OWW DLB and appellate proceedings in that action. As such, this Court ORDERS the parties to file joint status reports every 120 days with the first report due no later than August 18, 2008.

IT IS SO ORDERED.

**Dated:   April 22, 2008**             /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE