IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIM HRONIS & SONS, INC.,<br><br>                    Plaintiffs,<br>        vs.<br><br>THE CALIFORNIA TABLE GRAPE COMMISSION,<br><br>                    Defendant.<br>_____/ | CASE NO. CV F 03-6316 LJO DLB<br>New Case Number CV F 03-6316 OWW DLB<br><br>**ORDER TO RELATE ACTIONS AND TO ASSIGN NEW DISTRICT JUDGE** |

Review of the above-captioned action reveals that it is related under this Court's Local Rule 123 to the action entitled *Bidart Bros. v. California Table Grape Comm'n, et al.,* Case No. CV F 03-5925 OWW LJO DLB. The actions involve the same or similar parties, claims, events and/or questions of fact or law. Accordingly, assignment of the actions to the same district judge and magistrate judge will promote convenience, efficiency and economy for the Court and parties. An order relating cases under this Court's Local Rule 123 merely assigns them to the same district judge and magistrate judge, and no consolidation of cases is effected.

On the basis of good cause, this Court ORDERS that the above-captioned action is reassigned to United States District Judge Oliver W. Wanger with a new **CASE NO. CV F 03-6316 OWW DLB**. All documents shall bear the new **CASE NO. CV F 03-6316 OWW DLB** and the reassignment to United States District Judge Oliver W. Wanger. United States Magistrate Judge Dennis L. Beck shall

1 remained assigned to this action.

2     This Court further VACATES the January 18, 2011 hearing before Judge O'Neill on defendant's

3 motion to dismiss and DIRECTS defendant to reset the motion to dismiss before Judge Wanger.

4     IT IS SO ORDERED.

5 **Dated:   November 4, 2010**           /s/ Lawrence J. O'Neill
                                                  UNITED STATES DISTRICT JUDGE