UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIM HRONIS & SONS, INC.<br><br>Plaintiff,<br><br>v.<br><br>THE CALIFORNIA TABLE GRAPE COMMISSION,<br><br>Defendant. | 1:03-CV-06316 OWW DLB<br><br>**ORDER DISMISSING ACTION** |

Pursuant to the notice of voluntary dismissal filed pursuant to FRCvP 41,

IT IS HEREBY ORDERED that this matter is dismissed without prejudice.

IT IS SO ORDERED.

**Dated:   January 13, 2011**          /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE

1